# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 11 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KEITH NOWLING,<br><br>          Defendant. | CASE NO. 11CR4794-JAH<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:841(a)(1)-POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE

18:924(C)(1)-CARRYING A FIREARM DURING AND IN RELATION TO DRUG TRAFFICKING CRIME

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/11/2012

_____
Mitchell D. Dembin
U.S. Magistrate Judge